# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:19-cv-00008-PSG (MAA)** | Date: **March 1, 2019** |
| Title **Rafael Garcia *vs*. Federal Bureau of Prisons** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order Regarding Request to Proceed *In Forma Pauperis*

On December 24, 2018, Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a Motion to Proceed *In Forma Pauperis* ("Motion," ECF No. 2) in the Southern District of California. The lawsuit was transferred to the Central District of California on January 2, 2019. (ECF No. 3.)

On January 16, 2019, the Court issued an Order denying Plaintiff's Motion due to the failure to provide a certified copy of Plaintiff's trust fund statement for the last 6 months ("Order"). (ECF No. 6.) The Order granted Plaintiff leave, within 30 days, to re-submit the IFP application with the certified trust account statement and disbursement authorization. The Order explicitly stated that "[i]f plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED." (*Id.*)

To date, Plaintiff has neither submitted the $400 filing fee nor an amended application to proceed *in forma pauperis* with supporting documentation.

Plaintiff is **ORDERED TO SHOW CAUSE** by **April 1, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis* with supporting documentation on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken. Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.                                                            **Initials of Preparer**   cw