JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Case No. 5:19-cv-00008-PSG (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

November 12, 2019

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE